IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JUSTIN VICTOR PARROTTE,** | : | CIVIL ACTION NO. 1:21-CV-1547 |
| Petitioner | : | (Judge Conner) |
| v. | : | |
| **COMMONWEALTH OF PENNSYLVANIA**, *et al.*, | : | |
| Respondent | : | |

## ORDER

AND NOW, this 24th day of September, 2021, upon consideration of the petition (Doc. 1) for writ of habeas corpus, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The petition (Doc. 1) for writ of habeas corpus is DISMISSED without prejudice.

2. A certificate of appealability shall not issue.

3. The Clerk of Court is DIRECTED to close this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania